IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:21-cr-16 |
| | ) | |
| v. | ) | JUDGE KIM R. GIBSON |
| | ) | |
| DANIEL CULMER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this 16th day of September, 2024, upon consideration of Defendant Daniel Culmer's pro se "Motion for Miscellaneous Relief[,]" (ECF No. 1766), in which he makes arguments regarding his relevant conduct under the Sentencing Guidelines, (*id.*), the Court notes the following principles: (1) a criminal defendant who is currently represented by counsel is not "entitled to 'hybrid representation' i.e., said defendant is not entitled to litigate certain issues [pro se] while defense counsel forwards other claims; and (2) a court is not obligated to consider [pro se] motions when a defendant is represented by counsel." *United States v. Williams*, No. 17-CR-0195, 2021 WL 4847085, at *1 (W.D. Pa. Oct. 18, 2021). The Court also notes that Mr. Culmer is currently represented by counsel in this matter, namely Attorney Steven C. Townsend. Therefore, it is **HEREBY ORDERED** that Mr. Culmer's Motion at ECF No. 1766 is **DENIED WITHOUT PREJUDICE** to defense counsel's ability to assert, in a counseled motion, any of the arguments contained in Mr. Culmer's pro se Motion, if counsel deems it appropriate to do so. The Court also notes that, because the Clerk placed Mr. Culmer's pro se Motion on the docket, Attorney Townsend received a copy of that filing by electronic mail.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

**Daniel Culmer**
21-01348
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931