IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 17-05 Johnstown |
| | ) |
| DANIEL CULMER | ) |

## Memorandum Order

Presently before the Court is Daniel Culmer's Motion to Obtain Sentencing Transcripts, Docket Sheet, Judgment of Commitment, and Plea Agreement, free of charge. ECF No. 111. Mr. Culmer states that he was sentenced on July 11, 2025, to a term of imprisonment of 96 months. While Mr. Culmer was sentenced to a total term if imprisonment of 96 months on July 11, 2025, that term consisted of 76 months at Criminal No. 21-16, followed by a consecutive sentence of 24 months, which was imposed as a violation of supervised release at Criminal No. 17-05. Mr. Culmer filed the present motion only at Criminal No.17-05. Because the two cases are intertwined, Mr. Culmer's Motion will also be filed at Criminal No. 21-16. For the following reasons the Motion will be denied.

Mr. Culmer seeks the requested pleadings, free of charge, in order to file a Motion to Vacate pursuant to 28 U.S.C. § 2255. He explains that he wishes to assert claims of ineffectiveness of counsel, including a claim of ineffectiveness based upon counsel's failure to challenge an alleged breach of the plea agreement. He claims that, without the requested pleadings, "it will be impossible to frame the petition." ECF No. 11 at 1-2.

Relevant to Mr. Culmer's request for his sentencing transcripts, docket sheets, judgments of commitment, and plea agreements, are 28 U.S.C. § 753(f) and Rule 6 of the Rules Governing Section 2255 Cases. Section 753(f) of Title 28 states in relevant part:

> Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

28 U.S.C. § 753(f). Rule 6 of the Rules Governing Section 2255 Cases states that, "[a] party requesting discovery must provide reasons for the request. The request must also include any proposed interrogatories and requests for admission, and must specify any requested documents." 28 U.S.C. § 2255 Rule 6(b).

"Although [Mr. Culmer] indicates that he needs the transcript in order to prepare a § 2255 petition, the statute [28 U.S.C. § 753(f)] applies only after such a proceeding has been instituted." *United States v. Smith*, 2010 WL 11534344, *1 (W.D. Pa. 2010). Therefore, Mr. Culmer is not entitled to a transcript free of cost until he has, at a minimum, filed a section 2255 motion. Similarly, "[w]ithout a formal § 2255 motion before it, this Court cannot fulfill its requirement to determine whether Defendant has satisfied Rule 6's 'good cause' standard." *United States v. Johnson*, 2017 WL 3034928, at *1 (W.D. Pa. July 18, 2017). In the absence of "a pending § 2255 action in the District Court, it is far from clear that [the defendant] is permitted under Rule 6 to obtain any discovery whatsoever." *In re Platts*, 573 F. App'x 87, 87 (3d Cir. 2014).

Mr. Culmer may file a 2255 Motion, after which he can then request discovery pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings. *United States v. Lingala*, No. CR 19-00110 (GC), 2025 WL 417048, at *2 (D.N.J. Feb. 6, 2025) (finding Defendant's motions requesting pre-2255 filing discovery documents premature, because he had not yet filed a § 2255 motion). Therefore, because Mr. Culmer has not filed a § 2255 Petition, he is not entitled to

obtain sentencing transcripts, docket sheets, judgments of commitment, and plea agreements, free of charge.

AND NOW, this 18th day of December 2025, it is hereby ORDERED that Daniel Culmer's Motion to Obtain Sentencing Transcripts, Docket Sheet, Judgment of Commitment, and Plea Agreement is DENIED without prejudice.

s/*Marilyn J. Horan*
United States District Judge

Daniel Culmer
Register No. 38334-068
FCI ALLENWOOD MEDIUM
Federal Correctional Institution
PO BOX 2000
WHITE DEER, PA 17887